IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                                                Criminal Action No.
                                                                                22-00048-26-CR-W-DGK

SHANIA N. BAILEY,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: <u>Count 1</u>:     Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                                        <u>Counts 40, 42</u>:     Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                                        <u>Count 91</u>:     Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

                                        <u>Forfeiture Allegations One and Two</u>

**TRIAL COUNSEL**:
      Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
           Case Agent: ATF Special Agent Elizabeth White
     Defense: Shazzie Naseem and paralegal Leanne Parmenter

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government - Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
    Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
    Defense: 5 witnesses, including Defendant who    ( ) will
                                                                             (x) may
                                                                            ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 300 exhibits with four defendants going to trial
    Defense: 25 exhibits

**DEFENSES**:
    (x)     defense of general denial
    ( )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial           ( ) Possibly for trial
    ( ) Motion to continue to be filed     (x) Likely a plea will be worked out

**TRIAL TIME**: **10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: .5 day

**STIPULATIONS**:
    ( )     not likely
    ( )     not appropriate
    (x)     likely as to:
        ( )     chain of custody
        (x)     chemist's reports
        ( )     prior felony conviction
        ( )     interstate nexus of firearm
        ( x )     other: search warrant returns/communications

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: On or before June 24, 2024
    Defense: On or before June 24, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024

**Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
( )   A _____-speaking interpreter is required.
( )   Other assistive devices:

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge