IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                          Criminal Action No.
                                             22-00048-26-CR-W-DGK

SHANIA N. BAILEY,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Count 1:   Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                             Counts 40, 42:   Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                             Count 91:   Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

                             Forfeiture Allegations One and Two

**TRIAL COUNSEL**:
        Government: Matthew Moeder, Stephanie Bradshaw and Paralegal Michelle Wells
           Case Agent: ATF Special Agent Elizabeth White
        Defense: Shazzie Naseem

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government – May revise previously filed jury instructions, witness list, and exhibit list; Defense – None

**TRIAL WITNESSES**:
        Government: 5 with stipulations in addition to witnesses for Defendant Hicks-Berry
        Defense: 3 witnesses, including Defendant who    (  ) will
                                                                                     ( x ) may
                                                                                    (  ) will not testify

**TRIAL EXHIBITS**:
    Government: 50 exhibits
    Defense: 25 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial               (  ) Possibly for trial
    (  ) Motion to continue to be filed   ( x ) Likely a plea will be worked out

**TRIAL TIME**: 1 day for only Defendant Bailey; with Defendant Bailey and Defendant Hicks-Berry 5.5 days
    Government's case including jury selection: .5 days
    Defense case: .5 day

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    likely as to:
           (  )    chain of custody
           ( x )    chemist's reports
           (  )    prior felony conviction
           (  )    interstate nexus of firearm
           ( x )    other: search warrant returns/communications

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: On or before October 7, 2024
    Defense: On or before October 7, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: On or before October 7, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: On or before October 7, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 10/21/2024. Defense Counsel has no conflicts; however, a co-defendant requests the second week of the docket. The Government has no conflicts; however, a necessary witness is unavailable on October 28, 2024, thus, the Government will plan its case around that unavailability.

**OTHER**:
      ( )   A _____-speaking interpreter is required.
      ( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge