IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 22-00048-CR-DGK-26 |
| SHANIA N. BAILEY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On October 16, 2024, the Honorable Magistrate Judge Jill A. Morris issued her Report and Recommendation, recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of misprision of a felony in violation of 18 U.S.C. § 4 as charged in Count One of the Information. ECF No. 1027. Neither party has objected and the time for doing so has passed.

In light of the evidence in the Record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crime in Count One of the Information.

**IT IS SO ORDERED.**

Date: November 8, 2024 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT